# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DETRELL JENKINS | CIVIL ACTION NO. 19-cv-714 |
| VERSUS | CHIEF JUDGE HICKS |
| U S COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and this claim is **REMANDED** to the agency for further proceedings.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of August, 2020.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE